**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **Terrance D. Curran,** )  | **CASE NO. 4:15 CV 2648** |
| ) | |
| **Plaintiff,** ) | **JUDGE PATRICIA A. GAUGHAN** |
| ) | |
| Vs. ) | |
| ) | |
| **Commissioner of Social Security,** ) | **Memorandum of Opinion and Order** |
| ) | |
| **Defendant.** ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge George J. Limbert ("R&R") (Doc. 23) recommending that the Court award attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $12,125.75. No objections have been filed. The R&R is ACCEPTED.

Having reviewed the R&R, and having conducted an independent analysis as to the reasonableness of the fee request, the Court ACCEPTS the R&R. Attorney's fees in the amount of $12,125.75 are hereby awarded, provided counsel return to plaintiff $4,500.00 in fees previously awarded pursuant to the EAJA.

IT IS SO ORDERED.

                                                /s/ Patricia A. Gaughan  
                                                PATRICIA A. GAUGHAN  
                                                United States District Judge  
Dated: 12/20/18                Chief Judge